1  JOHN J. POWERS (SBN 145623)
   John.Powers@dbr.com
2  ZOHA BARKESHLI (SBN 310988)
   Zoha.Barkeshli@dbr.com
3  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
4  San Francisco, California 94105-2235
   Telephone:    415-591-7500
5  Facsimile:    415-591-7510

6  Attorneys for Defendant
   JOHNSON & JOHNSON
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

| 11 | BRUCE BROWN, | Case No. 1:17-CV-01285-AWI-EPG |
|---|---|---|
| 12 | Plaintiff, | **ORDER GRANTING APPLICATION FOR 90-DAY EXTENSION OF ALL DISCOVERY DEADLINES** |
| 13 | v. | |
| 14 | JOHNSON & JOHNSON, INC., | (ECF No. 27) |
| 15 | Defendant. | |

On July 9, 2018, Defendant Johnson & Johnson ("J & J") filed an *ex parte* application for a 90-day extension of all discovery deadlines. (ECF No. 27). Having considered J & J's request, and good cause appearing, **IT IS HEREBY ORDERED THAT:**

All discovery deadlines shall be extended by 90-days. The new discovery deadlines are as follows:

1. Non-expert discovery cutoff: October 24, 2018

2. Expert disclosure: November 29, 2018

3. Rebuttal expert disclosure: December 27, 2018

4. Expert discovery cutoff: January 24, 2019

5. Dispositive motion filing deadline: February 14, 2019

\\\

\\\

1

The following deadlines shall remain unchanged:

1. Pre-trial conference: June 26, 2019

2. Jury trial: August 27, 2019

IT IS SO ORDERED.

Dated: **July 10, 2018**　　　　　　　　/s/ *Eric P. Grosjean*
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE