# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, INC.,<br><br>    Defendant. | Case No. 1:17-cv-01285-AWI-EPG<br><br>**ORDER FOR PLAINTIFF TO SHOW CAUSE WHY HE SHOULD NOT BE SANCTIONED FOR FAILURE TO APPEAR**<br><br>**ORDER FOR THE WARDEN OF CALIFORNIA STATE PRISON, CORCORAN TO SHOW CAUSE WHY HE OR SHE SHOULD NOT BE SANCTIONED FOR FAILURE TO COMPLY WITH A COURT ORDER**<br><br>**ORDER DIRECTING CLERK TO SEND A COPY OF THIS ORDER TO THE WARDEN OF CALIFORNIA STATE PRISON, CORCORAN, AND THE LITIGATION COORDINATOR AT CALIFORNIA STATE PRISON, CORCORAN** |

Bruce Brown ("Plaintiff"), a prisoner in the custody of the California Department of Corrections and Rehabilitation, is proceeding *pro se* with this products liability action.

On October 5, 2018, the Court issued an order setting a Telephonic Discovery Status Conference for October 18, 2018 at 2:00 p.m. (ECF No. 33). The order provided:

> Plaintiff is reminded to make arrangements with staff at his institution of confinement for his attendance at the conference.

1

Plaintiff's institution of confinement shall make Plaintiff available
for the conference at the date and time indicated herein.

*Id.* A copy of the order was sent to the litigation coordinator of Plaintiff's institution of confinement, California State Prison, Corcoran.

The Court attempted to hold the conference on the date and time ordered. The undersigned Judge and her court staff were present. John J. Powers, Esq. and Jacqueline M. Simonovich, Esq. of Drinker Biddle & Reath LLP telephonically appeared on behalf of Defendant. However, Plaintiff failed to appear.

After waiting approximately ten minutes, the Court had to continue the conference due to Plaintiff's failure to appear.

Accordingly, the Court will order Plaintiff to show cause why he should not be sanctioned for failing to appear at the conference.

The Court will also order the Warden of California State Prison, Corcoran to show cause why the Warden should not be sanctioned for failing to comply with the Court's order directing Plaintiff's institution of confinement to make Plaintiff available for the conference (ECF No. 33).

Accordingly, IT IS ORDERED that:

1. Plaintiff shall show cause why sanctions should not issue for his failure to attend the conference. Plaintiff has until October 29, 2018, to file a written response explaining why he did not attend the conference;

2. The Warden of California State Prison, Corcoran shall show cause why sanctions should not issue for the Warden's failure to comply with the Court's order directing Plaintiff's institution of confinement to make Plaintiff available for the conference. The Warden has until October 26, 2018, to file a written response explaining why he or she did not make Plaintiff available for the conference; and

\\\
\\\
\\\

3. The Clerk of Court is directed to serve a copy of this order on the Warden of California State Prison, Corcoran, and the Litigation Coordinator at California State Prison, Corcoran.

IT IS SO ORDERED.

Dated: **October 18, 2018**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE