# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE BROWN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JOHNSON & JOHNSON, INC.,<br><br>　　　　　Defendant. | Case No. 1:17-cv-01285-AWI-EPG<br><br>**ORDER GRANTING IN PART PLAINTIFF'S APPLICATION TO MODIFY THE SCHEDULING ORDER AND FOR AN ORDER DIRECTING PLAINTIFF'S INSTITUTION OF CONFINEMENT TO PRODUCE CURRENT PICTURES OF PLAINTIFF**<br><br>**ORDER SETTING STATUS CONFERENCE FOR FEBRUARY 5, 2019 AT 9:30 A.M. AND REQUIRING PLAINTIFF'S INSTITUTION MAKE PLAINTIFF AVAILABLE**<br><br>(ECF No. 49) |

Bruce Brown ("Plaintiff"), a prisoner in the custody of California Department of Corrections and Rehabilitation at California Substance Abuse Treatment Facility and State Prison, Corcoran ("SATF"), is proceeding *pro se* in this products liability action against Johnson & Johnson, Inc. ("Defendant").

On December 14, 2017, the Court held an initial scheduling conference, (ECF No. 19), and on December 27, 2017, issued a Scheduling Conference Order, (ECF No. 20).

On July 9, 2018, Defendant filed an *ex parte* application for a 90-day extension of all discovery deadlines, (ECF No. 27), which the court granted, (ECF No. 28). On October 30, 2018,

1

the Court again modified the Scheduling Order, and set the following the deadlines: Non-Expert Discovery Cutoff - December 14, 2018; Expert Disclosure - January 2, 2019; Rebuttal Expert Disclosure - February 8, 2019; Expert Discovery Cutoff - February 28, 2019; Dispositive Motion Filing - February 14, 2019. (ECF No. 44).

On December 13, 2018, Plaintiff filed an application for a 90-day extension of all discovery deadlines and for an order directing medical staff at SATF to produce current pictures of Plaintiff, which is now before the Court. (ECF No. 49). Plaintiff states that he has obtained the assistance of a researcher and is seeking further assistance from an attorney.

Defendant filed its response to the application, (ECF No. 50), suggesting that the Court limit any extension to 45 days. Defendant argues that a 90-day extension of all discovery deadlines appears excessive and may compromise the current trial and motion deadlines. *Id.* Defendant further requests that this Court set a case management conference in the next 30 to 45 days to allow Plaintiff to advise the Court and Defendant whether Plaintiff will continue to proceed *in propria persona*.

Initially, the Court declines to direct medical staff at SATF to produce pictures of Plaintiff. Plaintiff's institution of confinement is not obligated to create evidence to assist him in the prosecution of this action, and the Court is without authority to order SATF to produce such evidence.

The Court finds good cause to modify the Scheduling Order. However, the Court does not find good cause to extend the schedule by 90 days. Accordingly, the Court further modifies the Scheduling Order as follows:

|  | **Current Date** | **New Date** |
| --- | --- | --- |
| Non-Expert Discovery Cutoff: | December 14, 2018 | January 28, 2019 |
| Initial Expert Disclosure: | January 2, 2019 | February 19, 2019 |
| Expert Rebuttal/Supplemental: | February 8, 2019 | March 25, 2019 |
| Expert Discovery Cut-off: | February 28, 2019 | April 15, 2019 |
| Dispositive Motion Filing: | February 14, 2019 | May 31, 2019 |
| Pretrial Conference: | June 26, 2019 | September 27, 2019 at 10:00 a.m. |
| Jury Trial: | August 27, 2019 | December 3, 2019 at 8:30 a.m. |

2

The Court also sets a case management conference for February 5, 2019 at 9:30 a.m. Plaintiff is reminded to make arrangements with staff at his institution of confinement for his attendance at the conference.

**Plaintiff's institution of confinement shall make Plaintiff available for the conference at February 5, 2019 at 9:30 a.m.**

The Clerk of Court shall send a copy of this order to the litigation coordinator at Plaintiff's institution of confinement.

IT IS SO ORDERED.

Dated: **December 17, 2018**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE