UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE BROWN,<br><br>        Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, INC.,<br><br>        Defendant. | Case No. 1:17-cv-01285-AWI-EPG<br><br>**ORDER ON PLAINTIFF'S INQUIRY REGARDING USE OF DISCOVERY AT TRIAL**<br><br>(ECF No. 53)<br><br>**ORDER DIRECTING THE CLERK OF COURT TO SEND PLAINTIFF A COPY OF LOCAL RULES 281, 282, AND 283** |

       Bruce Brown ("Plaintiff"), a prisoner in the custody of California Department of Corrections and Rehabilitation, is proceeding *pro se* in this products liability action against Johnson & Johnson, Inc. ("Defendant").

       On January 16, 2019, Plaintiff filed an application requesting information regarding how to submit discovery to be used during trial and how to present evidence of his gynecomastia at trial. (ECF No. 53). The application is now before the Court.

       The Court has set a pretrial conference in this action for September 27, 2019 at 10:00 a.m. (ECF No. 51). Pursuant to the Scheduling Order, (ECF No. 20 at 8), prior to the pretrial conference, the parties must file a joint pretrial statement. The pretrial statement must comply with the requirements of Federal Rule of Civil Procedure 26(a)(3)(A) and Local Rule 281, and must include the following, among other things:

1

(10) Witnesses. A list (names and addresses) of all prospective witnesses, whether offered in person or by deposition or interrogatory, designating those who are expert witnesses. Only witnesses so listed will be permitted to testify at the trial, except as may be otherwise provided in the pretrial order.

(11) Exhibits - Schedules and Summaries. A list of documents or other exhibits that the party expects to offer at trial. Only exhibits so listed will be permitted to be offered at trial except as may be otherwise provided in the pretrial order.

(12) Discovery Documents. A list of all portions of depositions, answers to interrogatories, and responses to requests for admission that the party expects to offer at trial.

Local Rule 281(b)(10)-(12).

At the pretrial conference, in accordance with Local Rule 282, the court will discuss with the parties and set deadlines for the filing and exchange of lists of exhibits to be offered at trial, objections to the exhibits listed by the other party, and motions *in limine* to exclude evidence to be offered by the other party. Local Rule 282(4); Scheduling Order, ECF No. 20 at 8. The court will also discuss any questions by the parties concerning evidence to be presented at trial, including whether and how Plaintiff may present evidence of his gynecomastia at trial. After the pretrial conference, the court will issue a pretrial order with a plan for the trial and a plan to facilitate the admission of evidence. Fed. R. Civ. P. 16(e); Local Rule 283.

Prior to trial, the parties must prepare trial binders with copies of exhibits to be presented at trial. These trial exhibits need not be filed with the court. All trial exhibits marked for identification or introduced in evidence will remain with the court at the completion of the trial. Local Rule 138(f).

Plaintiff is directed to consult the Federal Rules of Civil Procedure, Local Rules of the Eastern District of California, and the Scheduling Order (ECF No. 20) for further information about discovery procedures.

The Clerk of the Court is direct to send Plaintiff a copy of Local Rules 281, 282, and 283.

IT IS SO ORDERED.

Dated: **January 24, 2019**      /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

2