# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE BROWN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JOHNSON & JOHNSON, INC.,<br><br>　　　　　Defendant. | Case No. 1:17-cv-01285-AWI-EPG<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME**<br><br>(ECF No. 61) |

　　　　Plaintiff, Bruce Brown, a prisoner in the custody of California Department of Corrections and Rehabilitation at California Substance Abuse Treatment Facility and State Prison, Corcoran ("SATF"), is proceeding *pro se* in this products liability action against Johnson & Johnson, Inc. ("Defendant"). Plaintiff requests additional time to file his opposition to Defendant's motion for summary judgment. The Court finds good cause for granting Plaintiff an additional forty-five days to file his opposition.

　　　　IT IS ORDERED that Plaintiff shall file his opposition to Defendant's motion for summary judgment no later than **May 13, 2019**.

IT IS SO ORDERED.

　　Dated:　**March 18, 2019**　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1