# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE BROWN,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>JOHNSON & JOHNSON, INC.,<br><br>　　　　Defendant | CASE NO. 1:17-CV-1285 AWI EPG<br><br>ORDER REFERRING PENDING MOTION TO MAGISTRATE JUDGE ERICA P. GROSJEAN |

　　Plaintiff, who proceeding pro se, has filed a complaint in which he alleges products liability claims against Defendant. Defendant has filed a motion for summary judgment. The Court finds it appropriate to refer that pending motion to Magistrate Judge Erica P. Grosjean for entry of a Findings and Recommendation pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72, and Local Rule 302(a).

　　Accordingly, it is HEREBY ORDERED that the pending motion for summary judgment (Doc. No. 58) is REFERRED to Magistrate Judge Erica P. Grosjean for the purpose of entering a Findings and Recommendation.

IT IS SO ORDERED.

Dated: June 14, 2019 　　　　　　　　　　　　／s／ _____
　　　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE